IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL-NISA A. SHAW,<br>       **Plaintiff,**<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>DEREK PALMER, ERIC PUGAR,<br>RICHARD WILSON AND MARK<br>KILLEN,<br>       **Defendants.** | CIVIL ACTION<br><br><br><br>NO. 18-651 |

## O R D E R

**AND NOW**, this 7th day of November, 2018, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (ECF Nos. 32, 37) and Plaintiff's Response thereto (ECF No. 34), **IT IS ORDERED** that the Motion is **GRANTED** as follows:

    (1)    Plaintiff's claims against Defendant United States Postal Service of fraud, negligent infliction of emotional distress, and intentional infliction of emotional distress are **DISMISSED WITH PREJUDICE**.

    (2)    Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE.**

                                                                             **BY THE COURT:**

                                                                             /s/Wendy Beetlestone, J.

                                                                             _____
                                                                             **WENDY BEETLESTONE, J.**